Grant E. Kinsel, Bar No. 172407
GKinsel@perkinscoie.com
Christina J. McCullough, Bar No. 245944
CMcCullough@perkinscoie.com
Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Telephone:  206.359.8000
Facsimile:  206.359.9000

Michael Song, Bar No. 243675
MSong@perkinscoie.com
Perkins Coie LLP
1888 Century Park East, Suite 1700
Los Angeles, CA  90067-1721
Telephone:  310.788.9900
Facsimile:  310.788.3399

Attorneys for Plaintiff
Juno Manufacturing, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| Juno Manufacturing, LLC,<br><br>              Plaintiff,<br><br>     v.<br><br>Nora Lighting, Inc.,<br><br>              Defendant. | Case No. : 14-6546<br><br>**COMPLAINT FOR PATENT INFRINGEMENT; JURY TRIAL DEMAND** |

Juno Manufacturing, LLC ("Juno") alleges:

## JURISDICTION AND VENUE

1. This is an action for patent infringement under Title 35 of the United States Code. The Court has federal question jurisdiction under 28 U.S.C. § 1331, and exclusive original jurisdiction under 28 U.S.C. § 1338(a).

2. Venue is proper in this district under 28 U.S.C. §§ 1391(b) and 1400(a).

## PARTIES

3. Juno is a limited liability company organized and existing under the laws of the State of Illinois with its principal place of business in Illinois. Juno is a leading provider of lighting products, including recessed lighting products.

4. Juno is informed and believes and thereon alleges that Defendant Nora Lighting, Inc. ("Nora") is a California corporation with its principal place of business in Commerce, California. Nora sells lighting products, including recessed lighting products.

## FIRST CLAIM FOR RELIEF

*Infringement of U.S. Patent No. 5,505,419*

5. Juno incorporates paragraphs 1 through 4, above.

6. U.S. Patent No. 5,505,419 (the "'419 patent"), entitled "Bar Hanger for a Recessed Light Fixture Assembly," issued on April 9, 1996. The U.S. Patent and Trademark Office issued an *ex parte* reexamination certificate confirming the patentability of claims 1-6 of the '419 patent on April 25, 2014. Juno owns all right and title to the '419 patent. A true and correct copy of the '419 patent is attached as Exhibit "A."

7. Juno is informed and believes and thereon alleges that Nora has infringed one or more claims of the '419 patent by making, using, selling, or offering to sell in this country (including in this judicial district), recessed lighting products that include infringing bar hangers. Examples of recessed lighting products that include infringing bar hangers include, but are not limited to, Nora model numbers NHIC-501QAT; NH-26Q; NSIC-401QAT; and NHPIC-2642ELAT.

8. Juno is informed and believes and thereon alleges that Nora had knowledge of the '419 patent before the filing of this Complaint and that Nora's infringement of the '419 patent was willful.

9. Juno has complied with the statutory requirement of placing a notice of the '419 patent on recessed lighting products that include the patented bar hangers that Juno manufactures and sells, and has given Nora written notice of the infringement.

10. Juno has been damaged by Nora's infringement of the '419 patent.

**PRAYER FOR RELIEF**

Juno requests the following relief:

A. A judgment that Nora infringed the '419 patent;

B. An award of damages to Juno including pre-judgment and post-judgment interest in an amount adequate to compensate Juno for Nora's infringement of the '419 patent, and, if willful infringement is shown, that the damages be trebled pursuant to 35 U.S.C. § 284;

C. For costs and expenses in this action;

D. For a declaration that this is an exceptional case and an award of attorneys' fees, disbursements, and costs of this action; and

1

E.   Any other further relief as the Court may deem proper.

2

3   DATED:  August 20, 2014          **PERKINS COIE LLP**

4
                                    By: */s/ Michael J. Song*
5                                        Michael J. Song
                                         MSong@perkinscoie.com
6
                                    Attorneys for Plaintiff
7                                   **JUNO MANUFACTURING, LLC**

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

## Jury Trial Demand

Juno Manufacturing, LLC demands a trial by jury on all issues so triable.

DATED:  August 20, 2014            **PERKINS COIE LLP**

By: */s/ Michael J. Song*
    Michael J. Song
    MSong@perkinscoie.com

Attorneys for Plaintiff
JUNO MANUFACTURING, LLC